ACCEPTED
06-15-00077-cv
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/6/2015 3:53:42 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00077-CV

IN THE SIXTH COURT OF APPEALS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/6/2015 3:53:42 PM
DEBBIE AUTREY
Clerk

**Jamil Sayfi d/b/a Farmers Truck Center**
*Appellant*

**v.**

**The State of Texas**
*Respondent.*

ON APPEAL FROM THE
53RD JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS
THE HONORABLE JUDGE SCOTT H. JENKINS PRESIDING
TRIAL COURT CAUSE NO. D-1-GV-08-001425

### MOTION TO DISMISS APPEAL

TO THE HONORABLE COURT:

Appellant, Jamil Sayfi d/b/a Farmers Truck Center, respectfully requests that this Court dismiss Appellant's appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), because Appellant no longer wishes to pursue an appeal of the underlying judgment. The present appeal is accordingly moot.

Respectfully submitted,

James D. Rosenblatt
james@rosenblattlawfirm.com
Texas Bar No. 00788320
Tiffanie S. Clausewitz
tiffanie@rosenblattlawfirm.com
Texas Bar No. 24051936
Lauren M. Horne

lauren@rosenblattlawfirm.com
Texas Bar No. 24066330

**THE ROSENBLATT LAW FIRM, P.C.**
16719 Huebner Road, Bldg 1
San Antonio, Texas 78248
Tele:  (210) 562-2900
Fax:   (210) 562-2929

## Certificate of Service

I certify that on October 6, 2015, a true and correct copy of the foregoing was served on the following counsel of record, pursuant to the Texas Rules of Appellate Procedure.

Mr. Mark A. Steinbach
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
mark.steinbach@texasattorneygeneral.gov

/s/ Lauren M. Horne
Lauren M. Horne